UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| PAMELA MILFITENO,<br><br>　　　　　　　　　Plaintiff,<br>　v.<br>McCORMICK & COMPANY, INC., et al.,<br><br>　　　　　　　　　Defendants. | Case No. 2:19-cv-01026-JCM-BNW<br><br>ORDER |

This matter is before the court on the parties' failure to file a joint status report as required in Order (ECF No. 4) entered June 17, 2019, regarding removal of this case to federal district court. On June 18, 2019, defendant McCormick & Company, Inc. filed a signed Statement (ECF No. 6) which complied with the court's order that the removing party file a statement providing the information specified. However, the parties have not submitted a joint status report regarding removal as required. Accordingly,

**IT IS ORDERED** the parties shall file a joint status report **no later than August 7, 2019,** which must:

1. Set forth the status of this action, including a list of any pending motions and/or other matters which require the attention of this court.
2. Include a statement by counsel of action required to be taken by this court.
3. Include as attachments copies of any pending motions, responses and replies thereto and/or any other matters requiring the court's attention not previously attached to the notice of removal.

DATED this 24th day of July 2019.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　BRENDA WEKSLER
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1